NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOSHE LEICHNER, | No. 13-CV-02317 JFW (SSx) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES, et al. | |
| Defendants. | |

The Court dismisses this action without prejudice subject to either party reopening the action on or before Mach 13, 2020. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until Mach 13, 2020. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Date: February 11, 2020        _____

Honorable John F. Walter
United States District Judge